IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Orlandes Vann, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Dolly, Inc., <br><br> Defendant. | No. 1:18-cv-04455 <br><br> Honorable Charles P. Kocoras |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE**

**WHEREAS,** Plaintiffs Orlandes Vann ("Vann") and Demetrious Walker ("Walker") (collectively, "Plaintiffs") and Defendant Dolly, Inc. ("Defendant") (Plaintiffs and Defendants together are the "Parties") have entered into a Settlement Agreement.

**WHEREAS,** the Settlement Agreement provides that dismissal of the above-captioned action shall be subject to the Court retaining jurisdiction over the terms of the Settlement Agreement pursuant to Fed. R. Civ. P. 65(d). *See Blue Cross & Blue Shield Association v. American Express Co.*, 467 F.3d 634 (7th Cir. 2006); *Shapo v. Engle*, 463 F.3d 641 (7th Cir. 2006).

**WHEREAS, NOW, THEREFORE**, the Parties hereby stipulate that the above-captioned action may be dismissed in its entirety without prejudice subject to and on the condition that the Court enter the proposed stipulated order set forth below in which it retains jurisdiction over the terms of the Settlement Agreement, which shall automatically convert to a dismissal with prejudice within 21 days of the entry of the order dismissing the matter without prejudice, so long as no enforcement proceedings are pending at such time.

**IT IS SO STIPULATED.**

-2-

Dated: December 21, 2020      **Potter Bolaños LLC**

By: /s/ Patrick Cowlin
Patrick Cowlin

One of Plaintiffs' Attorneys

Dated: December 21, 2020      **PERKINS COIE LLP**

By: Jeannil Boji
Jeannil Boji

One of Defendants' Attorneys

-2-

-3-

**[PROPOSED] ORDER OF DISMISSAL RETAINING JURISDICTION TO ENFORCE CERTAIN TERMS OF SETTLEMENT**

This case has been settled by the parties by execution of a Settlement Agreement requiring future compliance with certain terms of the Settlement Agreement. The parties have requested that the court retain jurisdiction to enforce those terms. Accordingly, this case is dismissed without prejudice. The court retains jurisdiction solely to enforce the following terms of the Settlement Agreement: (1) Plaintiffs shall not re-file the causes of action against Defendant asserted in the Action or any other causes of action that could have been asserted against Defendant in the Action based on the alleged facts set forth in the pleadings filed in this Action; and (2) Defendant shall issue the $10,000 Settlement Payment within fourteen (14) days of this Order.

Unless enforcement proceedings are pending, this case will be treated for all purposes as dismissed with prejudice upon twenty-one (21) days after entry of this Order, without further order of this Court.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: